BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–mj–03735–JJO</u>–1
### *Internal Use Only*

Case title: USA v. Fishman

Date Filed: 10/29/2019
Date Terminated: 10/31/2019

Assigned to: Ch. Magistrate Judge John J. O'Sullivan

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Seth Fishman** | represented by | **Andrew S. Feldman** |
| 18434–104 | | Feldman Firm PLLC |
| *YOB: 1971; ENGLISH* | | Miami Southeast Financial Center |
| *TERMINATED: 10/31/2019* | | 200 S. Biscayne Blvd |

Suite 2790
Miami, FL 33131
305 714 9474
Fax: 305 714 9555
Email: <u>afeldman@feldmanpllc.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Neal Russell Sonnett**
Neal R. Sonnett, P.A.
2 S Biscayne Boulevard
Suite 2600
Miami, FL 33131–1819
305–358–2000
Fax: 888–277–0333
Email: <u>nrslaw@sonnett.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

WARRANT/COMPLAINT/SOUTHERN
DISTRICT OF NEW
YORK/INTRODUCTION INTO
INTERSTATE COMMERCE OF
MISBRANDED DRUGS W/INTENT TO
DEFRAUD/MISLEAD

---

**Plaintiff**

**USA**                                    represented by    **Maria K. Medetis**
                                                             United States Attorney's Office
                                                             99 NE 4 Street
                                                             Miami, FL 33132
                                                             305–961–9010
                                                             Email: Maria.Medetis@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/29/2019 | 1 | 4 | Magistrate Removal of Warrant/Complaint from the Southern District of New York; Case number in the other District 19MAG 10120, as to Seth Fishman (1). (cg1) (Entered: 10/30/2019) |
| 10/29/2019 | 2 | 14 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Seth Fishman held on 10/29/2019. Date of Arrest or Surrender: 10/28/19. Detention Hearing set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Removal set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: Andrew S. Feldman, Neal Russell Sonnett for Seth Fishman (Digital 13:38:39/13:53:53) Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/29/2019. (cg1) (Entered: 10/30/2019) |
| 10/29/2019 | 4 | 16 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Neal Russell Sonnett and Andrew S. Feldman appearing for Seth Fishman (mdc) (Entered: 10/30/2019) |
| 10/30/2019 | | | Reset Hearings as to Seth Fishman: Detention Hearing reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Removal reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate, per agreement of the parties. (cg1) (Entered: 10/30/2019) |

| 10/30/2019 | 3 | 15 | ORDER to Unseal as to Seth Fishman. Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/29/2019. *See attached document for full details.* (mdc) (Entered: 10/30/2019) |
|---|---|---|---|
| 10/31/2019 | 5 | 17 | Minute Entry for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: **Report Re Counsel** Hearing as to Seth Fishman held on 10/31/2019, Status Conference Re: Removal and Detention Hearing as to Seth Fishman held on 10/31/2019, Bond Set as to Seth Fishman (1) Stipulated $100K PSB. Defendant waived removal and ordered removed to the Southern District of New York, to appear on 11/12/2019. (Digital 10:18:58) (aw) (Entered: 10/31/2019) |
| 10/31/2019 | 6 | 19 | $100,000.00 PSB Bond Entered as to Seth Fishman Approved by Ch. Magistrate Judge John J. O'Sullivan. *Please see bond image for conditions of release.* (aw) (Entered: 11/01/2019) |
| 10/31/2019 | 7 | 24 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Seth Fishman (aw) (Entered: 11/01/2019) |
| 10/31/2019 | 8 | 25 | ORDER OF REMOVAL ISSUED for the Southern District of New York as to Seth Fishman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/31/2019. *See attached document for full details.* (aw) (Entered: 11/01/2019) |

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno:  SARAH MORTAZAVI - (212) 637-2520

# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **19MAG10120** |
| SETH FISHMAN | ) | Case No.  19 Mag. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(*name of person to be arrested*)     SETH FISHMAN _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Introduction into interstate commerce of misbranded drugs with intent to defraud and mislead, in violation 21 U.S.C. §§ 333, 331, 353, 18 U.S.C. § 2

Date:   10/28/2019

City and state:   New York, New York

_____
*Issuing officer's signature*

Hon. James L. Cott
*Printed name and title*

| Return |
|---|
| This warrant was received on (*date*) _____, and the person was arrested on (*date*) _____ at (*city and state*) _____ |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# 19-3735-MJ-O'SULLIVAN

FILED BY _____ YR _____ D.C.

**Oct 29, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Approved: _____
             SARAH MORTAZAVI
             Assistant United States Attorney

Before:    THE HONORABLE JAMES L. COTT
           United States Magistrate Judge
           Southern District of New York

MAG 1 0 1 2 0

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                                        **SEALED COMPLAINT**

        - v. -
                                        Violation of
SETH FISHMAN,                           21 U.S.C. §§ 331(a),
                                        333(a)(2), 353(b) & 18
                                        U.S.C. § 2
               Defendant.
                                        :
                                        COUNTY OF OFFENSE:
                                        NEW YORK

- - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        MATTHEW T. CALLAHAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

                          COUNT ONE

        1.    Between at least in or about September 2018 and at least in or about October 2019, in the Southern District of New York and elsewhere, SETH FISHMAN, the defendant, with the intent to defraud and mislead, did introduce and deliver for introduction into interstate commerce and cause to be introduced and delivered for introduction into interstate commerce drugs which were misbranded, to wit, drugs that FISHMAN and others known and unknown had manufactured, prepared, propagated, compounded, and processed in an unregistered establishment, including for use on racehorses for the purpose of deceitfully enhancing their performance and fraudulently increasing their odds of winning.

        (Title 21, United States Code, Sections 331(a), 333(a)(2) & 352(o); Title 18, United States Code, Section 2.)

        The bases for my knowledge and for the foregoing charge are, in part, as follows:

2

2.     I am a Special Agent with the FBI and I have been
personally involved in the investigation of this matter.   This
affidavit is based upon my personal participation in the
investigation of this matter, my conversations with law
enforcement agents, witnesses and others, as well as my
examination of reports and records.   Because this affidavit is
being submitted for the limited purpose of establishing probable
cause, it does not include all the facts that I have learned
during the course of my investigation.   Where the contents of
documents and the actions, statements, and conversations of
others are reported herein, they are reported in substance and
in part, except where otherwise indicated.

3.     Based on my training and experience and my
discussions with law enforcement officers with the Food and Drug
Administration ("FDA"), I am aware of the following:

a.     Under the Federal Food Drug and Cosmetic Act
("FDCA"), any drug establishment manufacturing, preparing,
propagating, compounding, or processing animal drugs is required
to register annually with the FDA as a drug establishment and
provide to the FDA a list of all drugs being manufactured,
prepared, propagated, compounded, or processed at that
establishment for commercial distribution in the United States,
pursuant to Title 21, United States Code, Section 360(a)-(c),
and (j), including repackaging or otherwise changing the
container, wrapper, or labeling of any drug package to further
distribution of the drug.

b.     Under the FDCA, a drug is misbranded if it
is manufactured, prepared, propagated, compounded, or processed
in an establishment that is not registered with the FDA.

4.     Based on my training and experience and my
participation in this investigation, including my conversations
with other law enforcement officers, I have learned, among other
things, the following:

a.     Since at least in or about January 2019, law
enforcement agents have been investigating the manufacture,
sale, and distribution of drugs by several individuals
affiliated with a particular Florida-based drug distribution
company that is not registered with the FDA ("Company-1").
Based on my review of public records from the Florida Division
of Corporations, I have learned that SETH FISHMAN, the

3

defendant, is the registered agent for Company-1. Based on my participation in this investigation, I have learned that FISHMAN operates Company-1. I have further learned that neither FISHMAN nor Company-1 are registered with the FDA to manufacture drugs.

5.    From my discussions with agents who have spoken with a confidential source involved in this investigation ("CS-1"),[1] I have learned, among other things, the following:

a.    A particular individual who works for SETH FISHMAN, the defendant, ("CC-1") stated to CS-1, in substance and in part, that FISHMAN creates and distributes custom-made drugs and that CC-1, among others, sells those products on FISHMAN's behalf.

b.    CS-1, at law enforcement's direction, purchased certain drugs (the "FISHMAN Drugs") from FISHMAN through CC-1. CS-1 represented to CC-1, in substance and in part, that CS-1 intended to use the FISHMAN Drugs on racehorses for the purpose of deceitfully enhancing their performance and fraudulently increasing their odds of winning. CS-1 later received the FISHMAN Drugs and produced them to law enforcement. The FISHMAN Drugs have not been approved for use by the FDA.

6.    In connection with this investigation, law enforcement agents have obtained FedEx shipping records and search warrants to search two email accounts, a Dropbox account, and a cellular telephone associated with FISHMAN. From my discussions with agents who have reviewed the foregoing information, I have learned, among other things, the following:

a.    Between at least in or about September 2018 and at least in or about March 2019, FISHMAN exchanged the following text messages, among others, with a particular individual who assists FISHMAN in compounding drugs ("CC-2"). CC-2 is not registered with the FDA to manufacture drugs:

---

[1] CS-1 began cooperating with the investigation in the hope of obtaining a benefit with respect to a then-pending state offense that has since resolved, but no promises were made regarding the outcome of those state charges. CS-1 has no known prior convictions. Information provided by CS-1 has been corroborated by independent evidence, and agents have found CS-1 to be reliable and credible.

4

| FISHMAN: | Great thank you. Next up we need to discuss the formulation for the HA stuff | 9/1/2018 |
|----------|-----------------------------------------------------------------------------|----------|
| CC-2: | I'll be in the lab tomorrow so if you want me to call you or you want to discuss this on Tuesday just let me know | 9/1/2018 |
| FISHMAN: | What time you in the lab? | 9/1/2018 |
| CC-2: | Probably mid-day to early afternoon. | 9/1/2018 |
| FISHMAN: | Ok | 9/1/2018 |
| | *** | |
| FISHMAN: | Need your assistance these next 2 weeks to get all orders out. Also need to know about doing another deslorel | 10/11/2018 |
| CC-2: | In the lab now.  Formulating the did so it can lyoph tomorrow. Tryingvtok get the solubility exit done as well.  Deslorelin will confirm timeline tomorrow but expect can do in 2.5 weeks as I bought extra resin.  So can ship by 10/30. | 10/11/2018 |
| | *** | |
| CC-2: | Seth we have a problem with the Spectrum hydrocortisone. It does not go into solution to the same extent as the other material that we have been using from medisca. I had enough to do the adrenal cortex which is the clear solution but I've aisle up material for the camera cord exactly as I always do and there's precipitant and when I looked in the rest of the batch cuz I was going to finish it this | 10/25/2018 |

5

| | | |
|---|---|---|
| | morning before the palate went out there was precipitant visible in the bottom of the carboy. I am going to write an email and tell [CC-3] she's got to get material from medisca and when I get back on Wednesday morning I will do that and finish the last projects the AIA and the DP. Everything else is going to be on today's ballot so [CC-3] can get going next week with labeling. | |
| FISHMAN: | Ok | 10/25/2018 |
| CC-2: | [CC-3] has it all ordered.  First pallet on its way. | 10/25/2018 |
| | *** | |
| CC-2: | We are going to send a second pallet next Fri | 10/25/2018 |
| | *** | |
| CC-2: | We will not use silver for any of these projects.  Will use in skin serums or something else | 2/17/2019 |
| CC-2: | Ok will formulate without. | 2/17/2019 |
| | *** | |
| FISHMAN: | Raise ph to 12 after adding arginine and keto together .  Use citric acid to bring back down to a ph of 7 | 3/21/2019 |
| CC-2: | It worked will bottle tomorrow and ship ground. Hope all is well | 3/21/2019 |

Based on my training and experience and my participation in this investigation, including my discussions with other agents, I believe that "deslorel," "hydrocortisone," and "arginine" are drugs. I have further learned from my review of publicly available information that "Medisca" is the name of a company that sources products for compounding by research laboratories and pharmaceutical companies.  Accordingly, I believe that FISHMAN and CC-2 are discussing, in substance and in part, compounding drugs by combining  multiple component drugs,

6

including those received from Medisca, and ordering additional products.

b.    In or about March 2019, FISHMAN received a text message from an employee of Company-1 ("CC-3") stating, among other things, "Just a reminder to email me the specifics of VO2 Max what it does, how it performs and how it is different from Oxygenator so I can get it to [CC-4] so she can translate it into Spanish to sell to her clients." From my participation in this investigation and my discussions with other agents involved in this investigation, I have learned that VO2 Max is a drug that FISHMAN develops and sells directly and through CC-1. I have further learned that VO2 Max is not approved for use by the FDA.

c.    On or about February 21, 2019 and on or about March 19, 2019, SETH FISHMAN, the defendant, shipped or caused to be shipped packages to an address within the Southern District of New York directed to a particular individual ("Customer-1"). From my review of open source information and my participation in this investigation, I have learned that Customer-1 is affiliated with a particular phone number ("Telephone-1"). From my discussions with agents who have reviewed text messages sent and received by FISHMAN on or about February 21, 2019 and on or about March 19, 2019, I have learned that FISHMAN sent and received the following text messages, among others, with Telephone-1, which I believe is used by Customer-1:

| Customer-1: | Can I please order 10 more? Same CC | 2/21/2019 |
|---|---|---|
|  | *** |  |
| Customer-1: | 10 purple, 5 green please | 2/21/2019 |
|  | *** |  |
| Customer-1: | Hey Doc, can I get 10 more GCAV please? Same address, same card. Thanks, Jeff. | 3/19/2019 |
| FISHMAN: | Ok | 3/19/2019 |

7

Based on my training and experience and my participation in this investigation, I have learned that FISHMAN and others, known and unknown, refer to drugs created and sold by FISHMAN by color, including "purple" and "green," among others. Accordingly, I believe that, in the aforementioned conversation, Customer-1 is ordering from FISHMAN drugs that FISHMAN has manufactured.

        d.    Based on the foregoing, I believe that FISHMAN has corresponded with Customer-1 regarding the shipment of drugs developed by FISHMAN using Company-1, and that FISHMAN in fact shipped these substances to Customer-1.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of SETH FISHMAN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Special Agent Matthew T. Callahan
Federal Bureau of Investigation

Sworn to before me this
____ day of October, 2019

THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 19MAG10120

- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

SETH FISHMAN,

Defendant.

**SEALED ORDER**

19 Cr.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the United States of America for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as *United States v. John Doe* in the public docket; that the filings in the above-captioned case be released to the U.S. District Court for the Southern District of Florida for the limited purpose of presenting the defendant pursuant to Federal Rule of Criminal Procedure 5(c)(3); and that the case should remain sealed after the defendant has been presented in the U.S. District Court for the Southern District of Florida, up to the date of the defendant's first appearance in this District, barring any further Order from the Court;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal; the case shall be captioned as *United States v. John Doe* in the public docket, until further order by this Court; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until one day following the defendant's initial appearance in this District in the above-captioned matter, barring further Order by this Court.

SO ORDERED:

Dated:     New York, New York
            October 28, 2019

THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

# MINUTE ORDER

Page 1

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**      Date: 10/29/2019  Time: 1:30 p.m.

Defendant: SETH FISHMAN      J#: 18434-104      Case #: 19-3735-MJ-O'SULLIVAN SEALED

AUSA: _Maria Medetis_      Attorney: _Andrew Feldman f a_

Violation: S/D/NY/WARR/COMP/INTRODUCTION INTO INTERSTATE COMMERCE OF MISBRANDED DRUGS W/INTENT TO DEFRAUD/MISLEAD      Surr/Arrest Date: 10/28/2019  YOB: 1971

_Neil Sonnett - Temp._

Proceeding: Initial Appearance      CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No      Recommended Bond: _____

Bond Set at: _____      Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _Spa English_

Disposition:

_Case unsealed._
_Gov't req. case (docket)_
_remain sealed_
_until I/A in N.Y. -_
_Court DENIES._
_Gov't_

_D stated he can_
_afford cnsl and_
_will be rep. by Neil_
_Sonnet sg._
_Gov't - ptd -_
_3 days after_

Time from today to ____ excluded from Speedy Trial Clock  _Fri._

**NEXT COURT APPEARANCE**  Date:      Time:      Judge:      Place:

Report RE Counsel: _11/1  10 AM_

PTD/Bond Hearing: _11/1  10 AM_

Prelim/Arraign or Removal: _Rpt re: 11/1  10 AM_

Status Conference RE: _____

D.A.R. _13:38:39/13:53:53_      Time in Court: _15  5_

s/John J. O'Sullivan      Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3735-MJ-O'SULLIVAN   (SEALED)


UNITED STATES OF AMERICA,
          Plaintiff,


V.


SETH FISHMAN,
          Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.


Dated: 10/29/2019


_____
**John J. O'Sullivan**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19 - 3735 - JJO

UNITED STATES OF AMERICA,
                    Plaintiff,

                                                    **NOTICE OF TEMPORARY**
v.                                                  **APPEARANCE AS COUNSEL**

Seth Fishman
                        Defendant.
_____/

COMES NOW Andrew S Feldman / Neal R. Sonnett and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Andrew S Feldman / Neal R. Sonnett

Counsel's Signature: _____ for Neal Sonnett

Address (include City/State/Zip Code):
2 S Biscayne Blvd # 2600
Miami FL 33131

Telephone: 305 333 5444      Florida Bar Number: 60325

Date: 10/29/2019  305714      105986
                      9474

Case 1:19-mj-03735-JJO Document 9 Entered on FLSD Docket 11/01/2019 Page 17 of 25
Case 1:19-mj-03735-JJO Document 4 Filed 10/31/19 Page 1 of 2
Page 13

# COURT MINUTES

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor** *Released* Date: 10/31/19  Time: 10:00 a.m.

Defendant: Seth Fishman   J#: 18434-104   Case #: 19-3735-O'Sullivan

AUSA: Michael Davis   Attorney: Andrew Feldman - Temp.

Violation: S/D/NY/Complt/Misbranded Drugs intent Defraud

Proceeding: Rrc, Removal & Ptd   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: Ptd

Bond Set at: _____   Co-signed by: Rbt Fishman

☑ Surrender and/or do not obtain passports/travel docs

Language: English

☑ Report to PTS as (directed) or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses

☐ No firearms

☑ Not to encumber property

☑ May not visit transportation establishments *may travel on trains in SDIFL*

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒☑ Travel extended to: SDIFL + SDINY

☑ Other: *see attached condition(s)*

Disposition:

Neil Sonnett Esq. Temp.

*Stip —*

*$100K PSb.*

*Court sets.*
*S waived removal*
*& removed to SDINY*
*to appear SDINY*  ✱
*11/12/19.*

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | *cnsel/court* | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:18:58   Time in Court: 6

## **United States v. Fishman**
Recommended Bond Conditions

- $100,000 personal surety bond secured by defendant's residence at 2565 S. Ocean Blvd. #412N, Boca Raton, Florida 33487, which defendant has advised he owns unencumbered. Defendant to enter a confession of judgment in the county where the residence is located within 14 days indicating that the residence will serve as security for satisfaction of his bond conditions. Defendant will provide copy of confession of judgment both to government and to Probation/Pretrial Services

- Bond signed by the defendant and one additional co-signer within 14 days.

- Travel restricted to SDFL, SDNY, and transit points in between

- Pretrial supervision as directed

- Surrender any and all travel documents and no new applications

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel

- None of the signatories may sell, pledge, mortgage hypothecate, encumber, etc. any real property they own until the bond is discharged or otherwise modified by the Court

- May not visit commercial transportation establishments except Brightline and any train line which travels only within SDFL

- Defendant to be released on his own signature in SDFL Thursday 10/31 with appearance in SDNY on Tuesday 11/12

(Rev. 7/09)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: 19-MJ-03735-JJO _____

UNITED STATES OF AMERICA
            Plaintiff,                          JAIL # _____

v.

SETH FISHMAN

            Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 100,000.00 ~~USD~~  PSβ _____ .

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

   1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.  This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

   2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court  or the court to which the case has been removed or transferred.  The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

   3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

   4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court.  The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.  In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

   5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

   6.  Shall not commit any act in violation of state or federal laws.

**DEFENDANT:** SETH FISHMAN

**CASE NUMBER:** 19-MJ-03735-JJO

**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: (✗ as directed or _____ time(s) a week in person and _____ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

✓ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

✓ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

✓ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

✓ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;* except Brightline & any trainline which only travels within SDFL

___ m. No access to the internet via any type of connectivity device (*i.e.* computers, pda's, cellular phones, tv's), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) **or paid for by Pretrial Services ( ).**

    ____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

    ____ **Home Detention:** You are restricted to your residence at all times except for: **( ) medical needs or treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) other** _____.

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program. You are restricted to the halfway house at all times except for: **( ) employment; ( ) education; ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits; ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and ( ) other** _____.

✓ p. May travel to and from: SDFL and SDNY _____, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ q. Comply with the following additional conditions of bond: appear SDNY on 11/12/19. See Supplemental Conditions of Release

## **United States v. Fishman**
### Recommended Bond Conditions

- $100,000 personal surety bond secured by defendant's residence at 2565 S. Ocean Blvd. #412N, Boca Raton, Florida 33487, which defendant has advised he owns unencumbered. Defendant to enter a confession of judgment in the county where the residence is located within 14 days indicating that the residence will serve as security for satisfaction of his bond conditions. Defendant will provide copy of confession of judgment both to government and to Probation/Pretrial Services

- Bond signed by the defendant and one additional co-signer within 14 days.

- Travel restricted to SDFL, SDNY, and transit points in between

- Pretrial supervision as directed

- Surrender any and all travel documents and no new applications

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel

- None of the signatories may sell, pledge, mortgage hypothecate, encumber, etc. any real property they own until the bond is discharged or otherwise modified by the Court

- May not visit commercial transportation establishments except Brightline and any train line which travels only within SDFL

- Defendant to be released on his own signature in SDFL Thursday 10/31 with appearance in SDNY on Tuesday 11/12

DEFENDANT: SETH FISHMAN
CASE NUMBER: 19-MJ-03735-JJO
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: __SETH FISHMAN__
CASE NO.: __19-MJ-03735-JJO__
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _31st_ day of _October_, 200_19_ at _Miami_

Signed and acknowledged before me:                    DEFENDANT: (Signature) _____

WITNESS: _____

_Miami_                    _Florida_                    _Miami_                    _FL_
City                      State                        City                      State

### CORPORATE SURETY

Signed this _____ day of _____, 200___ at _____, Florida
SURETY: _____            AGENT:(Signature) _____

_____            _____
City                      State                        PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this _31_ day of _Oct_, 200_19_ at _Miami_ Florida       Signed this___ day of _____, 200_ at_____,Florida
SURETY:(Signature) _____                         SURETY:(Signature) _____
PRINT NAME: _ROBERT FISHMAN_                                    PRINT NAME: _____
RELATIONSHIP TO DEFENDANT _FATHER_                              RELATIONSHIP TO DEFENDANT_____
_GREAT NECK_  _NY_                                              _____
City                      State                        City                      State


Signed this ___day of _____, 200_ at _____, Florida          Signed this___ day of _____, 200_ at_____, Florida
SURETY:(Signature) _____                         SURETY:(Signature) _____
PRINT NAME: _____                                PRINT NAME: _____
RELATIONSHIP TO DEFENDANT_____                             RELATIONSHIP TO DEFENDANT_____
_____                                         _____
City                      State                        City                      State

### APPROVAL BY COURT

Date: _10/31/19_

Select One _____

**UNITED STATES MAGISTRATE JUDGE**

23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No:  19-3735-O'Sullivan

United States of America
      Plaintiff,

   v.

                                 Charging District's Case No.   19-10120

Seth Fishman,
      Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  10/31/19

_____
Defendant's Signature

_____
John J. O'Sullivan
United States Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No. 19-3735-O'Sullivan

United States of America
        Plaintiff,

    v.

Seth Fishman,
        Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **Southern District of New York**, an Indictment was filed against the above-named defendant on a charge of **S/D/NY/Complt/Misbranded Drugs intent Defraud**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **Southern District of New York**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $ _100,000 PSB_ which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 10/31/19.

_____
John J. O'Sullivan
United States Chief Magistrate Judge